# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ERNEST M. DOMINQUE

VERSUS

HUFF MANAGEMENT CO., INC., ET AL.

CIVIL ACTION

23-799-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated July 25, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Motion is granted, and the First Supplemental and Amending Complaint shall be filed into the record, adding IMA Limited Partnership as defendant. Because the addition of IMA as a defendant will destroy complete diversity between the parties,

**IT IS ORDERED** that this matter is REMANDED to the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana.

Signed in Baton Rouge, Louisiana, on this 29 day of August, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.
[2] Rec. Doc. 19.